# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1262
_____

THOMAS W. HUSSEY, D.D.S.,

    Appellant,

    v.

UNIVERSITY OF FLORIDA BOARD
OF TRUSTEES, as public
corporate body of the University
of Florida, through the College
of Medicine,

    Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Monica J. Brasington, Judge.

June 4, 2019

PER CURIAM.

    AFFIRMED.

WOLF, OSTERHAUS, and BILBREY, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————


Richard F. Hussey of Richard F. Hussey, P.A., Fort Lauderdale, for Appellant.

Kelly DeGance of Alexander DeGance Barnett, Jacksonville, for Appellee.